IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GIORGI GLOBAL HOLDINGS, INC., F&P HOLDING CO., INC., GIORGIO FOODS, INC., and CAN-PACK, S.A., <br><br> *Plaintiffs*, <br><br> v. <br><br> WIESLAW SMULSKI, MICHAL SMULSKI, and JOHN DOES 1 THROUGH 10, <br><br> *Defendants*. | Civil Action No. 17-4416 (JLS) <br><br> FILED UNDER SEAL |

**[PROPOSED] ORDER**

AND NOW, this 28th day of *NOVEMBER*, 2017, upon consideration of Plaintiffs' Motion to Unseal the Record and Extend the Time for Service of Process on Defendant Michal Smulski ("Motion"), it is hereby **ORDERED** that:

1. The Motion is **GRANTED**;

2. The record and docket in this action are **UNSEALED**;

3. The Summons issued on October 3, 2017, shall remain valid and effective for service of process on Defendant Michal Smulski until March 5, 2018.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.