IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GIORGI GLOBAL HOLDINGS, INC., F&P HOLDING CO., INC., GIORGIO FOODS, INC., and CAN-PACK, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> WIESLAW SMULSKI, MICHAL SMULSKI, and JOHN DOES 1 THROUGH 10, <br><br> Defendants. | CIVIL ACTION <br> NO. 17-4416 |

**AND NOW**, this 21st day of March, 2019, upon review of Defendants' Motion to Dismiss, or in the Alternative, to Stay (Docket No. 17), Plaintiffs' response thereto, and all replies and sur-replies, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss, or in the Alternative, to Stay is **DENIED**; and
2. Defendants shall file an Answer to Plaintiffs' Complaint within twenty (20) days of the date of this Order.

BY THE COURT:


**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.