IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GIORGI GLOBAL HOLDINGS, INC., *et al*, | |
| Plaintiffs, | |
| v. | CIVIL ACTION |
| WIESLAW SMULSKI, *et al*, | NO. 17-4416 |
| Defendants. | |

**ORDER**

**AND NOW**, this 21st day of May, 2020, upon review of Plaintiffs' Letter Brief dated November 20, 2019, Defendants' response thereto, and Plaintiffs' reply, and after oral argument being held, it is hereby **ORDERED** as follows:

1. Defendants' objections under the EU General Data Protection Regulation and Polish privacy law are **OVERRULED**;

2. Defendants shall comply in all respects with the Federal Rules of Civil Procedure regarding their responses and objections to Plaintiffs' discovery requests, regardless of the current or former location of documents or other information, either in electronic form and/or any other format. Any document that is required to be produced and/or identified (including, but not limited to, on a privilege log or other response) under the Federal Rules of Civil Procedure shall be produced and/or identified, without regard to any alleged prohibition under the EU General Data Protection Regulation and/or Polish law; and

3. Defendants shall produce all documents required by this order within thirty (30) days.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.