IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GIORGI GLOBAL HOLDINGS, INC., *et al*,

      Plaintiffs,

v.

WIESLAW SMULSKI, *et al*,

      Defendants.

CIVIL ACTION
NO. 17-4416

**ORDER**

**AND NOW**, this 8th day of June, 2020, upon review of Defendant's Motion for a Protective Order (Docket No. 73), Plaintiffs' response and all replies, it is hereby **ORDERED** as follows:

1. Defendant's Motion for a Protective Order is **DENIED**;

2. Defendant Wiesław Smulski shall appear for a Rule 30 discovery deposition in Kraków, Poland, or at such other location upon which the parties agree, on or before August 31, 2020; and

3. All questions asked of Mr. Smulski shall be translated into Polish, he shall be permitted to respond in Polish and his answers will be translated into English by a duly sworn interpreter.

                                            **BY THE COURT:**

                                            **/s/ Jeffrey L. Schmehl**
                                            JEFFREY L. SCHMEHL, J.