IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GIORGI GLOBAL HOLDINGS, INC., F&P HOLDING CO., INC., GIORGIO FOODS, INC., and CAN-PACK, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> WIESLAW SMULSKI, MICHAL SMULSKI, and JOHN DOES 1 THROUGH 10, <br><br> Defendants. | CIVIL ACTION <br> NO. 17-4416 |

**AND NOW**, this 22nd day of March, 2023, upon review of Defendants' Motion for Judgment on the Pleadings (Docket No. 145) and Defendants' Motion to Stay (Docket No.159), Plaintiffs' responses thereto, and all replies and sur-replies, and after oral argument being held, it is hereby **ORDERED** as follows:

1. There is no basis to apply the doctrine of res judicata to the instant matter and Defendants' Motion seeking to do so is **DENIED**[1]; and

2. Defendants' Motion to Stay is **DENIED.**

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.

---

[1] On September 23, 2022, the Court denied Defendants' Motion for Judgment on the Pleadings (Docket No. 145) without prejudice and stated that it would be decided in conjunction with Defendants' Motion to Stay. The instant order, as well as the accompanying memorandum, addresses and denies both motions.